Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Stephanie M. Skees, Esq. (SBN 263962)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
         sskees@deangazzo.com

Attorneys for Defendants
City of Desert Hot Springs, Officer Jason Kupka, Officer Christopher Saucier, Officer Gustavo Ramirez, Officer Christopher James, and Christopher Tooth

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE YAPLE, an individual, and TRACEY YAPLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DESERT HOT SPRINGS, a public entity, OFFICER JASON KUPKA, an individual, OFFICER CHRISTOPHER SAUCIER, an individual, OFFICER GUSTAVO RAMIREZ, an individual, OFFICER CHRISTOPHER JAMES, an individual, OFFICER CHRISTOPHER TOOTH an individual, COUNTY OF RIVERSIDE, a public entity, and DOES 1- to 20,<br><br>Defendants. | Case No.: 23-cv-01478-ODW-PD<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Courtroom: 5D<br>Judge:      Otis D. Wright<br>Magistrate: Judge Patricia Donahue<br><br>Complaint Filed: 02/24/2023<br>Trial Date: October 21, 2025 |

Plaintiffs Lawrence Yaple and Tracey Yaple and Defendants City of Desert Hot Springs, Christopher Saucier, Christopher Tooth, Jason Kupka, Christopher James, and Gustavo Ramirez (the "City Defendants") and the County of Riverside (the "County" and collectively the "Parties") hereby jointly notify the Court that they have reached a conditional settlement in this case. As to Plaintiffs and the

1

City Defendants, a settlement agreement and release has been executed. As to Plaintiffs and the County, a conditional settlement agreement has been executed. The settlement is conditioned upon final approval by the County of Riverside's Board of Supervisors. Such approval may take up to 90 days.

At this time, the Parties respectfully request that all pre-trial and trial dates be taken off calendar. Once County Board approval has been obtained, the Parties will submit a Joint Stipulation of Dismissal.

Respectfully submitted,

Dated: May 16, 2025            Dean Gazzo Roistacher LLP

By: */s/ Stephanie M. Skees*
Mitchell D. Dean
Stephanie M. Skees
Attorneys for Defendants
City of Desert Hot Springs, Officer Jason Kupka, Officer Christopher Saucier, Officer Gustavo Ramirez, Officer Christopher James, and Christopher Tooth
E-mail: mdean@deangazzo.com
sskees@deangazzo.com

Dated: May 16, 2025            Carter Law Firm, APC

By: */s/ Corey Carter*
Corey Carter
Attorneys for Plaintiffs
Lawrence Yaple and Tracey Yaple
E-mail: corey@themainstreetattorney.com

///

///

///

2

Case No. 23-cv-01478-ODW-PD

Dated: May 16, 2025					Lewis Brisbois Bisgaard and Smith LLP


By: */s/ Abigail McLaughlin*
Abigail McLaughlin
Austin Tridente.
Attorneys for Defendant
County of Riverside
abigail.mclaughlin@lewisbrisbois.com
austin.tridente@lewisbrisbois.com

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Counsel for all Parties and that I have obtained Parties' counsel's authorization to affix their electronic signatures to this document.

Dated: May 16, 2025			*/s/ Stephanie M. Skees*

Stephanie M. Skees

3
Case No. 23-cv-01478-ODW-PD