Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Stephanie M. Skees, Esq. (SBN 263962)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
        sskees@deangazzo.com

Attorneys for Defendants
City of Desert Hot Springs, Officer Jason Kupka,
Officer Christopher Saucier, Officer Gustavo
Ramirez, Officer Christopher James, and
Christopher Tooth

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE YAPLE, an individual, and TRACEY YAPLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DESERT HOT SPRINGS, a public entity, OFFICER JASON KUPKA, an individual, OFFICER CHRISTOPHER SAUCIER, an individual, OFFICER GUSTAVO RAMIREZ, an individual, OFFICER CHRISTOPHER JAMES, an individual, OFFICER CHRISTOPHER TOOTH an individual, COUNTY OF RIVERSIDE, a public entity, and DOES 1- to 20,<br><br>Defendants. | Case No.: 23-cv-01478-ODW-PD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CITY OF DESERT HOT SPRINGS, OFFICER JASON KUPKA, OFFICER CHRISTOPHER SAUCIER, OFFICER GUSTAVO RAMIREZ, OFFICER CHRISTOPHER JAMES, AND CHRISTOPHER TOOTH**<br><br>Courtroom: 5D<br>Judge:      Otis D. Wright<br>Magistrate: Judge Patricia Donahue<br><br>Complaint Filed: 02/24/2023<br>Trial Date: October 21. 2025 |

**TO THIS HONORABLE COURT:**

Plaintiffs Lawrence Yaple and Tracey Yaple and Defendants City of Desert Hot Springs, Officer Jason Kupka, Officer Christopher Saucier, Officer Gustavo Ramirez, Officer Christopher James, and Christopher Tooth (the "City Defendants") – the Parties – hereby stipulate by and through their counsel of record

1

1    and pursuant to Federal Rule of Civil Procedure 41(a)(1) to dismiss the City

2    Defendants and this action in its entirety with prejudice.

3         WHEREAS, the Parties, including Defendant County of Riverside (the

4    "County"), reached a conditional settlement on May 13, 2025;

5         WHEREAS, the Parties filed a Joint Stipulation to Dismiss the County of

6    Riverside on August 15, 2025 (ECF No. 39);

7         WHEREAS, the Court dismissed the County of Riverside with prejudice on

8    August 18, 2025 (ECF No. 41.);

9         THEREFORE, the remaining Parties now stipulate to the dismissal of

10   Defendants City of Desert Hot Springs, Officer Jason Kupka, Officer Christopher

11   Saucier, Officer Gustavo Ramirez, Officer Christopher James, and Christopher

12   Tooth and the action in its entirety, **with prejudice**, with each party to bear their

13   own attorneys' fees and costs.

14        **SO STIPULATED.**

15   Dated: October 23, 2025                    Carter Law Firm, APC

16

17                                   By:  _/s/ Corey Carter_

18                                        Corey Carter
                                          Attorneys for Plaintiffs
19                                        Lawrence Yaple and Tracey Yaple
                                          E-mail:
20                                        corey@themainstreetattorney.com

21

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

1    Dated: October 23, 2025                                    Dean Gazzo Roistacher LLP

2

3                                                    By:  */s/ Stephanie M. Skies*

4                                                          Mitchell D. Dean
                                                         Stephanie M. Skees
5                                                        Attorneys for Defendants
                                                         City of Desert Hot Springs, Officer
6                                                        Jason Kupka, Officer Christopher
7                                                        Saucier, Officer Gustavo Ramirez,
                                                         Officer Christopher James, and
8                                                        Christopher Tooth
9                                                        Email: mdean@deangazzo.com
10                                                                sskees@deangazzo.com

11

12                          **SIGNATURE CERTIFICATION**

13          Pursuant to Local Rule 5-4.3.4, I certify that the content of this document

14   is acceptable to Counsel for Plaintiffs and that I have obtained authorization from

15   Plaintiffs' counsel to affix his electronic signature to this document.

16   Dated: October 23, 2025                          */s/ Stephanie M. Skees*
                                                      Stephanie M. Skees
17

18

19

20

21

22

23

24

25

26

27

28

Case No. 23-cv-01478-ODW-PD