```
```
Case 5:23-cv-01478-ODW-PD   Document 47   Filed 10/24/25   Page 1 of 2   Page ID #:419

JS-6

# NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE YAPLE, an individual, and TRACEY YAPLE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DESERT HOT SPRINGS, a public entity, OFFICER JASON KUPKA, an individual, OFFICER CHRISTOPHER SAUCIER, an individual, OFFICER GUSTAVO RAMIREZ, an individual, OFFICER CHRISTOPHER JAMES, an individual, OFFICER CHRISTOPHER TOOTH an individual, COUNTY OF RIVERSIDE, a public entity, and DOES 1- to 20, <br><br> Defendants. | Case No. 5:23-cv-01478-ODW-PD <br><br> **ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CITY OF DESERT HOT SPRINGS, OFFICER JASON KUPKA, OFFICER CHRISTOPHER SAUCIER, OFFICER GUSTAVO RAMIREZ, OFFICER CHRISTOPHER JAMES, AND CHRISTOPHER TOOTH** <br><br> Courtroom: 5D <br> Judge: Otis D. Wright <br> Magistrate: Judge Patricia Donahue <br><br> Complaint Filed: 02/24/2023 <br> Trial Date: October 21, 2025 |

Pursuant to the Stipulation for Dismissal with Prejudice of the City Defendants, filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Defendants City of Desert Hot Springs, Officer Jason Kupka, Officer Christopher Saucier, Officer Gustavo Ramirez, Officer Christopher James, and Christopher Tooth and the action in its entirety are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs incurred in this matter.

1

Case No. 23-cv-01478-ODW-PD

As all Defendants have now been dismissed, the action is fully resolved. All dates are therefore **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: October 24, 2025

                                  Hon. Otis D. Wright
                                  United States District Judge